

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-24-00392-CV

---

WILLIE L. JACKSON, APPELLANT

V.

IGOR DOZORTSEV AND IMPERIAL ROOFING AND CONSTRUCTION, INC., APPELLEES

---

On Appeal from the 96th District Court
Tarrant County, Texas
Trial Court No. 096-349881-24, Honorable J. Patrick Gallagher, Presiding

---

February 7, 2025

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Willie L. Jackson, appeals from the trial court's *Final Judgment*.[1]  Now pending before this Court is Jackson's motion seeking to voluntarily dismiss the appeal. The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled.  As no decision of the Court has been

---

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  See TEX. GOV'T CODE ANN. § 73.001.

delivered to date, we grant Jackson's motion and dismiss the appeal.  The appeal is dismissed.  As requested by the unopposed motion, costs shall be taxed against the parties who incurred them.  *See* TEX. R. APP. P. 42.1(d).  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam